Order against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents, Impleaded with DENNIS O'LEARY COHALAN and Others, Respondents.*— Order affirmed. No opinion. Present — Martin, Townley, Glennon and Untermyer, JJ.

CHARLES MUTH v. JAN TELENGA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

DIANA KRONBERG v. EDBRO REALTY CO., INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

CHARLES E. KEESSER v. EUREKA-MARYLAND ASSURANCE CORPORATION.— Motion for leave to appeal to the Court of Appeals, or for a reargument and for a stay denied, with ten dollars costs. Motion for extension of time to answer granted in so far as to extend defendant's time to answer the complaint until five days after service of order. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RIVERPLATE REALTY CORPORATION v. GOWIN UNITED COMPANIES and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants' filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of WILLIS W. SMITH against SAMUEL LEVY, as President of the Borough of Manhattan, City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

AMERICAN HOME FOUNDATION, INCORPORATED, v. CANADA LIFE ASSURANCE COMPANY.— Motion for resettlement denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE TRAVELERS INSURANCE COMPANY v. LOUIS GROSS and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of OSCAR W. RICHARDS v. ARTHUR E. LEIGHTON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of GEORGE TROSK for a Mandamus Order against S. HOWARD COHEN and Others, Respondents, and DENNIS O'LEARY COHALAN and Others, Impleaded, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of DAVID GEORGE PASTON, Appellant, for an Order against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents, and EDWARD J. FLYNN, as Secretary of State of the State of New York, Respondent.— Orders affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JOSEPH S. ISRAEL and Others, Appellants,

*Affd., 262 N. Y. 430.